717 A.2d 1023

**CITY OF ERIE**

v.

**Paul MARTIN, in his capacity as Board Member of Erie City Water Authority, and Virgil McIntosh, in his capacity as Board Member of Erie City Water Authority, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1998.

Decided Oct. 8, 1998.

W. Richard Cowell, Erie, for Paul Martin, et al.

Gregory A. Karle, Erie, for City of Erie.

George M. Aman, III, Norristown, Amicus—PA Municipal Authorities Assoc.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Order affirmed.